UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1405 (MJD/JGL)

MICHAEL SLUSARCHUK,

Plaintiff,

v.

ORDER

JON HOFF, et al.,

Defendants.

On December 19, 2001, Civil No. 01-1406 was consolidated with the above-captioned matter.

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order set forth in Civil No. 01-1406 shall apply in the above-captioned matter.

Dated: February 27, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed FEB 28 2002
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk___________