**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michael Slusarchuk,

Plaintiff,

v.

John Hoff, individually and in his official capacity as Minneapolis Police Officer, Lance Faust, individually and in his official capacity as Minneapolis Police Officer, and the City of Minneapolis,

Defendants,

Civil File No. 01-1405 (MJD/JGL)

**ORDER**

and

Elaine Stebleton, individually and as trustee on behalf of the heirs and next of kin of Jennifer Stebleton, deceased,

Plaintiff,

v.

John Hoff, individually and in his official capacity as Minneapolis Police Officer, Lance Faust, individually and in his official capacity as Minneapolis Police Officer, and the City of Minneapolis,

Defendants.

Civil File No. 01-1406 (MJD/JGL)

---

FILED SEP 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

This matter is before the Court on Defendants' Motion for Summary Judgment. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**;
2. Defendants' motion is **GRANTED** with respect to Plaintiffs' claims for constitutional violations relating to unreasonable searches and seizures, use of excessive force, and Monell liability against the City of Minneapolis;
3. Defendants' motion is **DENIED** with respect to Plaintiffs' substantive due process and conspiracy claims; and
4. Memorandum opinion to follow.

Dated: September 30, 2002

Michael J. Davis
United States District Court