UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

MICHAEL SLUSARCHUK,

Plaintiff,

File No.: 01-CV-1405 (MJD/JGL) ✓

vs.

JON HOFF, individually and in his official capacity as Minneapolis Police Officer, LANCE FAUST, individually and in his official capacity as Minneapolis Police Officer, and the CITY OF MINNEAPOLIS,

Defendants.

**JOINT STIPULATION TO AMEND SCHEDULING ORDER**

and

ELAINE STEBLETON, individually and as trustee on behalf of the heirs and next of kin of Jennifer Stebleton, deceased,

Plaintiff,

File No.: 01-CV-1406 (MJD/JGL)

vs.

JON HOFF, individually and in his official capacity as Minneapolis Police Officer, LANCE FAUST, individually and in his official capacity as Minneapolis Police Officer, and the CITY OF MINNEAPOLIS,

Defendants.

---

**WHEREAS**, at the commencement of these lawsuits Defendants indicated their intent to immediately pursue motions to dismiss said Plaintiffs' claims on various grounds including qualified immunity; and

FILED 1-22-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**WHEREAS**, in an effort to avoid the potentially unnecessary time and expense of conducting discovery regarding issues which may be limited by the District Court, the parties agreed to delay all discovery beyond initial disclosures required by Federal Rule 26(f) until such time as a final determination regarding Defendants' initial motions to dismiss was determined; and

**WHEREAS**, the District Court's denial of Defendants' request for dismissal based upon qualified immunity is currently pending review by the 8th Circuit Court of Appeals and will not likely be determined prior to June 2003; and

**WHEREAS**, a Pretrial Scheduling Order has never been entered relative to the matter of Michael Slusarchuk v. Jon Hoff, et al.; and

**WHEREAS**, the parties hereto, through their respective counsel, believe that the matters set forth above establish good cause for the granting of an extension of the scheduling order relative to the discovery cut-off deadline, expert disclosure deadline, and non-dispositive motion deadlines, and respectfully request that the Court amend the scheduling order set forth below in a manner which apply to both matters and will not unduly delay the trial of these matters.

**THEREFORE,**

**IT IS HEREBY STIPULATED** by and between all parties hereto, through their respective undersigned attorneys, that the Scheduling Order be amended to incorporate the deadlines identified below, and the parties respectfully request that the Court enter the following

Order directing that the Scheduling Order be modified accordingly and applied to the above-identified consolidated matters.

Dated: January 21, 2003

David E. Wandling (#232312)
Wandling Law Group, LLC
1000 Shelard Parkway, Suite 600
Minneapolis, MN 55426

**ATTORNEYS FOR PLAINTIFFS ELAINE STEBLETON AND MICHAEL SLUSARCHUK**

Dated: January 16, 2003

PETER W. GINDER (#35099)
Assistant City Attorney
City of Minneapolis
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453

**ATTORNEYS FOR DEFENDANTS JON HOFF, LANCE FAUST, AND THE CITY OF MINNEAPOLIS**

**ORDER**

The Court, finding that good cause has been established to amend the scheduling order dated and filed October 11, 2001 in the matter of Elaine Stebleton v. Jon Hoff, et al.,

IT IS HEREBY ORDERED that the Court's Scheduling Order dated and filed October 11, 2001 is amended as follows and shall apply to the consolidated matters of Elaine Stebleton v. Jon Hoff, et al. and Michael Slusarchuk v. Jon Hoff, et al.:

1. Discovery shall be commenced in time to be completed by October 1, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiffs on or before July 1, 2003;

   b. By Defendants on or before August 1, 2003.

3. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiffs on or before August 15, 2003;

   b. By Defendants on or before September 15, 2003.

4. All non-dispositive motions, including motions relating to discovery, shall be served and filed by October 15, 2003.

5. This case shall be ready for jury trial on December 1, 2003.

DATED: Jan. 22, 2003

BY THE COURT:

The Honorable Jonathan Lebedoff
Chief Magistrate Judge