RECEIVED JAN 2002

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

MICHAEL SLUSARCHUK,

Plaintiff, File No.: 01-CV-1405 (MJD/JGL)

vs.

JON HOFF, individually and in his official capacity as Minneapolis Police Officer, LANCE FAUST, individually and in his official capacity as Minneapolis Police Officer, and the CITY OF MINNEAPOLIS,

Defendants.

**STIPULATION FOR DISMISSAL**

and

ELAINE STEBLETON, individually and as trustee on behalf of the heirs and next of kin of Jennifer Stebleton, deceased,

Plaintiff, File No.: 01-CV-1406 (MJD/JGL)

vs.

JON HOFF, individually and in his official capacity as Minneapolis Police Officer, LANCE FAUST, individually and in his official capacity as Minneapolis Police Officer, and the CITY OF MINNEAPOLIS,

Defendants.

---

IT IS HEREBY STIPULATED and agreed by the undersigned parties, acting through their undersigned duly authorized attorneys, that relative to the above-referenced matters the negligence claim identified in Count IV of Plaintiff Elaine Stebleton's Amended Complaint, and

FILED 1-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-27-03
DEPUTY CLERK

the negligence claim identified in Count IV of Michael Slusarchuk's Amended Complaint, be dismissed by the Court with prejudice and on the merits, without further cost to any party hereto, and that a judgment of dismissal with prejudice in accordance with this Stipulation may be immediately entered by the Court.

Dated: January 21, 2003

David E. Wandling (#232312)
Wandling Law Group, LLC
1000 Shelard Parkway, Suite 600
Minneapolis, MN 55426

**ATTORNEYS FOR PLAINTIFFS ELAINE STEBLETON AND MICHAEL SLUSARCHUK**

Dated: January 16, 2003

PETER W. GINDER (#35099)
Assistant City Attorney
City of Minneapolis
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453

**ATTORNEYS FOR DEFENDANTS JON HOFF, LANCE FAUST, AND THE CITY OF MINNEAPOLIS**

Slusarchuk and Stebleton v. Hoff, et al., Civil No.: 01-1405 & 01-1406 (MJD/JGL)

## ORDER

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that, relative to the above-referenced matters, the negligence claim identified in Count IV of Plaintiff Elaine Stebleton's Amended Complaint, and the negligence claim identified in Count IV of Michael Slusarchuk's Amended Complaint, are hereby dismissed with prejudice and on the merits, without further cost to any party, and that a judgment of dismissal with prejudice shall be immediately entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1-24, 2003

BY THE COURT

Michael J. Davis

The Honorable Michael J. Davis
United States District Court Judge