1899459

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED

OCT 2 2 2003

MICHAEL GANS
CLERK OF COURT

No. 02-3601

| | | |
|---|---|---|
| Michael Slusarchuk; Elaine Stebleton, individually and as trustee on behalf of the heirs of Jennifer Stebleton, | * | |
| Appellees, | * | Appeal from the United States District Court for the District of Minnesota |
| v. | * | |
| Jon Hoff; Lance Faust, | * | |
| Appellants. | * | |

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed consistent with the opinion of this court.

(5172-010199)

October 22, 2003

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

SCANNED
U.S. DISTRICT COURT DULUTH

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

01-1405 MJD

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

MICHAEL E. GANS
Clerk of Court

THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 14, 2003

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 02-3601 Michael Slusarchuk vs. Jon Hoff

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

cmd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: David E. Wandling
Peter William Ginder

District Court/Agency Case Number(s): CIV 01-1405 MJD/JGL
CIV 01-1406 MJD/JGL